mgw
X5408
16 Oct 07

FILED

2007 OCT 16 AM 9:53

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ______ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 2468

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21, U.S.C., Sections 952 and 960<br>Importation of a Controlled Substance |
| Francisco Torres- De Leon<br>Defendant, | |

The undersigned complaint being duly sworn states:

On or about October 15, 2007, within the Southern District of California, Francisco Torres-De Leon, did knowingly and intentionally import approximately 9.25 kilograms of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Nathan A. Emery, Special Agent
U.S. Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16th DAY OFOctober, 2007.

MAGISTRATE JUDGE

## STATEMENT OF FACTS

On October 15, 2007, at approximately 1930 hrs, Francisco Torres-De Leon, a United States citizen, entered the United States from the Republic of Mexico at the San Ysidro Port of Entry. Torres was the driver and sole occupant of a red 1991 Chevrolet pickup truck bearing California license plate number 8H01163. Prior to making entry into the United States, a U.S. Customs and Border Protection Narcotics Detection Dog, "SONNI", alerted to a narcotic odor emitting from the front grill area of the vehicle. The vehicle was referred to the secondary inspection area where 7 packages containing approximately 9.25 kilograms of a white powder substance were found concealed in a non-factory compartment within the radiator of the vehicle. A presumptive test of one of the packages revealed a positive reaction to the presence of cocaine.

Torres was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA.

**WILLIAM McCURINE, JR.**
**U.S. MAGISTRATE JUDGE**