**JODI D. THORP**
California State Bar No. 223663
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
jodi_thorp@fd.org

Attorneys for Mr. Torres-De Leon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FRANCISCO TORRES-DE LEON,<br>Defendant. | Case No. 07mj2468<br><br>**PROOF OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: October 22, 2007

*s/ JODI D. THORP*
**JODI D. THORP**
Federal Defenders of San Diego, Inc.,
jodi_thorp@fd.org