NOV 1 3 2007

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FRANCISCO TORRES-DE LEON, Defendant. | Criminal Case No. 07cr3065-JLS<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |

The United States Attorney charges:

On or about October 15, 2007, within the Southern District of California, defendant FRANCISCO TORRES-DE LEON, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 9.25 kilograms (approximately 20.35 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 11/13/07.

KAREN P. HEWITT
United States Attorney

[signature]

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:San Diego
11/2/07