AO 455 (Rev. 5/85) Waiver of Indictment

# *UNITED STATES DISTRICT COURT*

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

NOV 13 2007

UNITED STATES OF AMERICA

v.

FRANCISCO TORRES-DE LEON

## WAIVER OF INDICTMENT

CASE NUMBER: 07 CR 3065-JLS

I, FRANCISCO TORRES-DE LEON, the above-named defendant, who is accused of committing the following offense:

Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 11-13-07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Frank Torres
Defendant

[signature]
Defense Counsel

Before W McCurine Jr.
Judicial Officer