FILED
DEC - 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of Substitution of Counsel, JODI D. THORP, Esq. | **ORDER FOR SUBSTITUTION OF COUNSEL AND NOTICE OF APPEARANCE** |

**IT IS HEREBY ORDERED** that Jodi D. Thorp, upon her departure from Federal Defenders of San Diego, Inc., and entering into private practice at 427 West C Street, Suite 300, San Diego, California, 92101, Phone (619) 233-3169 ext 14, Fax (619) 684-3569 Email *jodithorp@thorplawoffice.com* be substituted as appointed counsel and that Federal Defenders be relieved in the following cases as listed in the attached, effective after December 1, 2007.

**SO ORDERED.**

DATE: 12/6/07

[signature] for
**HONORABLE IRMA E. GONZALEZ**
Chief Judge, United States District Court
Southern District of California

**CASES TRANSFERRED FROM FEDERAL DEFENDERS OF SAN DIEGO, INC., TO JODI D. THORP, ESQ., CALIFORNIA BAR NO. 223663 AS APPOINTED COUNSEL OF RECORD EFFECTIVE AFTER DECEMBER 1, 2007**

**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA**

| CASE NAME | CASE NO., NEXT COURT DATE, JUDGE | | | |
|---|---|---|---|---|
| U.S. v. Guadalupe Aispuro | 07cr3133-JLS | DISPO | 12/14/07 | JLS |
| U.S. v. Juan Manuel Alvarez-Ortiz | 07cr2822-WQH | INLIMIN | 12/10/07 | WQH |
| U.S. v. Juan Manuel Alvarez-Ortiz | 07cr1934-BEN-01 | OSC/STATUS | 12/20/07 | AJB |
| U.S. v. Guillermo Torres Antonio | 07cr1218-JTM | MTNS | 1/4/08 | JTM |
| U.S. v. Salvador Barajas-Cruz | 07cr3203-BTM | CHNG PLEA | 12/11/07 | BLM |
| U.S. v. Oscar Javier Beltran-Lastra | 07cr2138-IEG | MTNS | 1/14/08 | IEG |
| U.S. v. Erika Cedano | 07cr2589-WQH | SENT | 1/14/07 | WQH |
| U.S. v. Victor Joaquin Cordova | 07mj8923 | PE | 12/11/07 | PCL |
| U.S. v. Rita De La Cruz Carillo | 07cr0852-BEN | MTNS | 12/3/07 | BEN |
| U.S. v. Steve Victor Cuthbertson | 07cr3140-BTM | MTN/TS | 12/21/07 | BTM |
| U.S. v. Fidencio Duarte Hernandez | 07MJ2672 | PE | 12/13/07 | NLS |
| U.S. v. Jesus Hernandez de la Paz | 07mj2283 | PE | 12/13/07 | NLS |
| U.S. v. Blanca Estrella-Moran | 07cr3116-LAB | PLEA HRNG | 12/11/07 | LAB |
| U.S. v. Maribel Garza Felipe | 07cr0220-WQH | PO/SENT | 12/10/07 | WQH |
| U.S. v. David Joseph Friedman | 07cr2859-DMS | SENT | 2/1/08 | DMS |
| U.S. v. Sergio Garcia | 07mj2638 | PE | 12/11/07 | NLS |
| U.S. v. Alvaro Jesus Gomez-Orbe | 07CR3180-TJW | PO/SENT | 2/26/07 | TJW |
| U.S. v. Jorge Granados-Alvarez | 07cr0642-GT | SENT | 12/10/07 | GT |
| U.S. v. Ramiro Gutierrez-Estebez | 07mj8908 | PE | 12/4/07 | PCL |
| U.S. v. Obdulia Eugenia Hernandez-Flores | 07cr2344-BTM-01 | SENT | 12/14/07 | BTM |
| U.S. v. Juan Hernandez-Rojas | 07cr2910-MJL | SENT | 2/4/08 | MJL |
| U.S. v. Kathlee Cornell Jones | 07cr2639-JMA | PE | 12/6/07 | JMA |
| U.S. v. Bernardino Arevalo Luna | 07CV1203-DMS | PENDING | | RBB |
| U.S. v. Bernardino Arevalo Luna | 06MJ2249 | PENDING | | WMC |

| | | | | |
|---|---|---|---|---|
| | 05cr0828-WQH | 11/17/08 | OSC | WQH |
| U.S. v. Sergio Martinez-Benavides | 07cr2322-JAH | SENT | 12/17/07 | JAH |
| U.S. v. Sergio Martinez-Benavides | 07cr3063-MLH | PLEA HRNG 1/13/08 | | MLH |
| U.S. v. Frank Molina | 07cr3136-TJW | PLEA HRNG 12/3/07 | | TJW |
| U.S. v. Andres Nieves-Munoz | 07cr1735-MLH | SENT | 12/10/07 | MLH |
| U.S. v. Scott Leo Paul | 07mj2672 | PE | 12/4/07 | NLS |
| U.S. v. Oscar Eduardo Prudencio-Cueva | 07cr0703-MLH | PO/SENT | 12/10/07 | MLH |
| U.S. v. Henry Renderos | 07cr2130-JTM-01 | STATUS | 1/4/08 | JTM |
| U.S. v. Ronald Glynn Russell | 07cr3097-DMS | DISPO | 12/18/07 | DMS |
| U.S. v. Francisco Javier Rodriguez | 07cr2019-IEG | PO/SENT | 1/4/08 | IEG |
| U.S. v. Jose Angel Rodriguez | 07cr2463-IEG | SENT | 12/19/07 | IEG |
| U.S. v. Antonio Ruelas-Rodriguez | 07mj8924 | PE | 12/11 | AJB |
| U.S. v. Juan Esteban Ruiz | 07mj2768 | PE | 12/11/07 | AJB |
| U.S. v. Scot Albert Sharp | 07CR2050-LAB | PO/SENT | 1/22/08 | LAB |
| U.S. v. Chris Allen Soderberg | 07cr2142-MJL | SENT | 12/10/07 | MJL |
| U.S. v. Pablo Ruiz-Soto | 07cr0211-JAH | PO/SENT | 1/28/08 | JAH |
| U.S. v. Horace Edward Smith | 07CR3104-LAB | MTNS | 12/17/07 | LAB |
| U.S. v. Rosa Maria Soto-Ortiz | 07cr3065-JLS | DISPO | 12/7/07 | JLS |
| U.S. v. Francisco Torres-De Leon | 07cr1908-IEG | MTN HRNG 1/7/08 | | IEG |
| U.S. v. Fabian Verdugo | 07cr2773-JTM | MTN HRNG 1/11/08 | | JTM |
| U.S. v. Steve Wells | | | | |

***UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT***
***SOUTHERN DISTRICT CASES ON APPEAL***

| ***CASE NAME*** | ***CASE NOS.*** | | ***STATUS*** |
|---|---|---|---|
| U.S. v. Navor Solis-Alvarez | 04cr9145-GT | 05-50179 | Cert due 12/29/07 |

***End of District Court Cases on Appeal***